UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOKUKO H. SYLVESTER,

    Plaintiff,

    v.

STATE OF CALIFORNIA, et al.,

    Defendants.

Case No. 14-cv-05595-RS

**ORDER FOR ADDITIONAL INFORMATION IN SUPPORT OF APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff Tokuko Sylvester, proceeding *pro se*, has filed an application to proceed *in forma pauperis* ("IFP") in this litigation. Sylvester declares that she is unemployed, has no income whatsoever from any source, and has a total of only $4000 in her bank accounts. Yet Sylvester also indicates that she is responsible for a $1900 monthly mortgage payment, along with other living expenses. To demonstrate that she is in fact unable to pay filing fees and other litigation expenses, Sylvester is hereby ordered to submit a supplemental declaration in support of her IFP application. In the declaration, Sylvester shall disclose all sources of income and specifically explain how she finances her mortgage payments and other living expenses.

    **IT IS SO ORDERED**.

Dated: January 2, 2015

_____
RICHARD SEEBORG
United States District Judge