UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOKUKO H. SYLVESTER,

    Plaintiff,

    v.

STATE OF CALIFORNIA, et al.,

    Defendants.

Case No. 14-cv-05595-RS

**ORDER DENYING MOTION FOR RECONSIDERATION AND EXTENDING DEADLINE TO FILE AMENDED COMPLAINT**

Plaintiff Tokuko Sylvester moves for reconsideration of the May 14 order dismissing the complaint in this action with leave to amend.[1] Civil Local Rule 7-9(b) requires a party seeking reconsideration to identify: (1) "a material difference in fact or law" from that previously presented to the court, of which the party was unaware at the time of the prior order; (2) "new material facts or a change of law occurring after the time" of the prior order; or (3) a "manifest failure by the Court to consider material facts or dispositive legal arguments." Sylvester's motion does not satisfy any of these criteria. It simply adds detail to the same averments of misconduct found in her initial complaint and attaches "supplemental documents" intended to corroborate her claims. While such additional allegations and materials may be included or referenced in an amended complaint, they do not warrant reconsideration of the order dismissing Sylvester's initial complaint.

Sylvester also moves for reconsideration of the portion of the May 14 order denying her request for appointment of counsel. She has not, however, pointed to any new circumstances

---

[1] Civil Local Rule 7-9(a) requires a party to obtain leave of court before filing a motion for reconsideration. Sylvester did not seek leave before filing her motion.

1  justifying reconsideration of that decision.  As explained in the May 14 order, without
2  downplaying the difficulties Sylvester may face as an unrepresented litigant, this case simply does
3  not present the "exceptional circumstances" necessary to warrant appointment of counsel.
4  *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).

The May 14 order granted Sylvester leave to amend her complaint.  She was instructed to file an amended complaint on or before June 15, 2015.  Rather than devoting her time to amending her complaint, Sylvester prepared and filed a motion for reconsideration.  In light of Sylvester's apparent confusion regarding the propriety of filing a motion for reconsideration under the circumstances present here, in the interests of justice the deadline for filing an amended complaint is hereby extended to **July 15, 2015**.  In the event no amended complaint is filed by July 15, 2015, the action will be dismissed and the file closed, without further notice.

**IT IS SO ORDERED**.

Dated: June 9, 2015

_____
RICHARD SEEBORG
United States District Judge