UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOKUKO H. SYLVESTER,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 14-cv-05595-RS<br><br>**ORDER VACATING MOTION TO DISMISS HEARING** |

Pursuant to Local Rule 7-1(b), defendants' motion to dismiss plaintiff's amended complaint will be decided without oral argument. The hearing previously scheduled for September 3, 2015 is vacated. The parties do **not** need to appear in court on that date.

**IT IS SO ORDERED**.

Dated: August 26, 2015

RICHARD SEEBORG
United States District Judge